```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 04056
    TIFFANY S STERLING
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6633


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/08/2007 and was confirmed 06/18/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.00%.

    The case was dismissed after confirmation 10/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AGF ENTERPRISE             NOTICE ONLY    NOT FILED           .00           .00
CREDIT ACCEPTANCE CORP     SECURED VEHIC   6434.69         174.47       1400.53
EMC MORTGAGE               CURRENT MORTG       .00            .00           .00
EMC MORTGAGE               MORTGAGE ARRE   2621.91            .00       2621.91
EMC MORTGAGE CORPORATION   SECURED NOT I  11563.00            .00           .00
EMC MORTGAGE CORPORATION   MORTGAGE ARRE    195.44            .00        195.44
EMC MORTGAGE CORPORATION   NOTICE ONLY    NOT FILED           .00           .00
EMC MORTGAGE               NOTICE ONLY    NOT FILED           .00           .00
NATIONWIDE COMMERCIAL LP   SECURED         1000.00          17.01        332.99
AT&T                       UNSECURED      NOT FILED           .00           .00
BANK OF AMERICA CORPORAT   NOTICE ONLY    NOT FILED           .00           .00
BANK OF AMERICA CORPORAT   NOTICE ONLY    NOT FILED           .00           .00
BANK OF AMERICA NA         UNSECURED        909.10            .00           .00
BANK OF AMERICA NA         UNSECURED      NOT FILED           .00           .00
CHICAGO HEALTH CLUB        UNSECURED      NOT FILED           .00           .00
CHICAGO HEALTH CLUB        NOTICE ONLY    NOT FILED           .00           .00
CITY COLLEGES OF CHICAGO   UNSECURED      NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED        560.00            .00           .00
COMCAST                    NOTICE ONLY    NOT FILED           .00           .00
COMCAST                    UNSECURED      NOT FILED           .00           .00
COMCAST                    UNSECURED      NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED           .00           .00
COVENANT MANAGEMENT GROU   NOTICE ONLY    NOT FILED           .00           .00
CREDIT NOW CORP            UNSECURED      NOT FILED           .00           .00
DRIVE FINANCIAL            UNSECURED      NOT FILED           .00           .00
FCNB                       UNSECURED      NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED      NOT FILED           .00           .00
HSBC CARD SERVICES         UNSECURED      NOT FILED           .00           .00
IL DEPT OF EMPLOYMENT SE   UNSECURED       2949.00            .00           .00
MERRILL LYNCH DIRECT       UNSECURED      NOT FILED           .00           .00
MICHEAL REESE HOSPITAL     UNSECURED      NOT FILED           .00           .00
NICOR GAS                  UNSECURED      NOT FILED           .00           .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 04056 TIFFANY S STERLING
```

```
NICOR GAS                  NOTICE ONLY   NOT FILED              .00           .00
PAYDAY LOANS INC           UNSECURED        690.00              .00           .00
PROVIDIAN NATIONAL BANK    UNSECURED     NOT FILED              .00           .00
SALLIE MAE INC             UNSECURED      22424.10              .00           .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED              .00           .00
SONIC PAYDAY LOAN          UNSECURED     NOT FILED              .00           .00
SOUTH CHICAGO DODGE        UNSECURED     NOT FILED              .00           .00
SOUTHWEST BELL             UNSECURED     NOT FILED              .00           .00
WESTERN INTERNATIONAL UN   UNSECURED     NOT FILED              .00           .00
ISAC                       UNSECURED       5469.70              .00           .00
LONG BEACH ACCEPTANCE      UNSECURED       6344.81              .00           .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                         342.65
DEBTOR REFUND              REFUND                                          415.00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       5,500.00

PRIORITY                                                  .00
SECURED                                              4,550.87
    INTEREST                                           191.48
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                   342.65
DEBTOR REFUND                                          415.00
                          ---------------      ---------------
TOTALS                        5,500.00               5,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/22/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 07 B 04056 TIFFANY S STERLING